IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs        CASE NO: 3:05cr99-004
        3:05cr102-001

PAUL THIEN HOANG,
    Defendant.
_____/

### ORDER REDUCING SENTENCE

Defendant's sentence of confinement is hereby reduced in case #3:05cr99-004 from 121 months to 30 months. In case # 3:05cr102-001, defendant's sentence of confinement remains 60 months to run consecutive to the sentence in case #3:05cr99-004. In all other respects, the original sentence imposed in the Judgment and Commitment Orders filed 27 December 2005 shall remain unchanged.

**ORDERED** this 29th day of June 2009.

        s/*L.A. Collier*
        LACEY A. COLLIER
        Senior United States District Judge